WALTER C. HULINGS *et al.*

*v.*

THE CITY OF CHICAGO.

*Opinion filed October 24, 1901—Rehearing denied December 4, 1901.*

This case is controlled by the decisions in *Holden* v. *City of Chicago*, 172 Ill. 263, and *Lundberg* v. *City of Chicago*, 183 id. 572.

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

GEORGE W. WILBUR, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and WILLIAM M. PINDELL, for defendant in error.

Per CURIAM: This is a writ of error to the county court of Cook county to bring into review before this court certain proceedings had there for the making of a certain local improvement on Millard avenue, in the city of Chicago, under a special ordinance passed by the city on March 22, 1897. The ordinance is in all material respects the same as the ordinance described in *Holden* v. *City of Chicago*, 172 Ill. 263, and on authority of that case is held insufficient or defective for failure to sufficiently describe the proposed improvement.

The further question was made in this case that inasmuch as there was no evidence heard in the county court, and no bill of exceptions, the ordinance is not properly before this court. Since the issuing of this writ the cases of *Lundberg* v. *City of Chicago*, 183 Ill. 572, and *Foss* v. *City of Chicago*, 184 id. 436, involving the same question, have been decided adversely to the contention of the plaintiffs in error, which cases are controlling in this case. The judgment is therefore reversed and the cause remanded.